**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Teresa De Leon REYES, Defendant–Appellant.**

**No. 08–50029.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 5, 2009.

Antoine F. Raphael, Assistant U.S., Office of the U.S. Attorney, Riverside, CA, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kurt David Hermansen, Law Office of Kurt David Hermansen, San Diego, CA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Teresa De Leon Reyes appeals from the 156–month sentence imposed following her guilty-plea conviction for conspiracy to possess with intent to distribute heroin, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291 and we affirm.

Reyes contends that the district court erred by denying her request for a minor role adjustment, pursuant to U.S.S.G. § 3B1.2. We are precluded from reaching the merits of this claim by the valid appeal waiver. *See United States v. Bibler,* 495 F.3d 621, 624 (9th Cir.2007); *see also United States v. Aguilar–Muniz,* 156 F.3d 974, 977 (9th Cir.1998).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.